**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mark Anthony EDWARDS, Petitioner**

**No. 456 MAL 2017**

Supreme Court of Pennsylvania.

November 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.